IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SISSY SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 3:04-1080 ) JUDGE KNOWLES ) ) |
| BLUE CROSS BLUE SHIELD OF TENNESSEE, INC. | ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Amended Motion for Judgment on the Administrative Record is hereby DENIED and Defendant's Motion for Judgment on the Record is hereby GRANTED. Judgment is hereby entered for Defendant with regard to Plaintiff's claims under 29 U.S.C. § 1132(a)(1)(B).

All other matters are reserved.

IT IS SO ORDERED.

_E. Clifton Knowles_
E. Clifton Knowles
United States Magistrate Judge